**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TCYK, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 13-cv-6654 |
| DOE, subscriber assigned IP Address 67.184.226.73 (Formerly Doe No. 56), | ) |
| Defendant. | ) |

### MOTION TO QUASH SUBPOENA

NOW COMES putative Defendant DOE, subscriber assigned IP Address 67.184.226.73 (Formerly Doe NO. 56), by and through his undersigned attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for his Motion to Quash Subpoena, filed herein, states:

Pursuant to Fed. R. Civ P. 46, and the attached and incorporated Memorandum of Law in Support, putative Defendant respectfully moves for entry of an Order QUASHING any subpoena issued pursuant to the Court's Order of October 2, 2013, 2013.

Defendant DOE, subscriber assigned IP Address 67.184.226.73 (Formerly Doe No. 56),

By: _____*s/Peter R. Jennetten*_____
Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL 61602-1211
Telephone: (309) 674-1133
Facsimile: (309) 674-6503
E-mail: pjennetten@qjhpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 20, 2013**, I electronically filed this **MOTION TO QUASH SUBPOENA** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Michael A. Hierl                                   ***Attorneys for Plaintiffs***
    Todd S. Parkhurst
    Hughes Socol Piers Resnick & Dym, Ltd.
    Three First National Plaza
    70 W. Madison St.
    Suite 4000
    Chicago, IL  60602
    Email: mhierl@hsplegal.com
    Email: tparkhurst@hsplegal.com

And I hereby certify that on **November 20, 2013** I mailed a copy of this document by United States Postal Service to the following non-registered participant:

    Comcast Corporation
    Legal Demands Center
    650 Centerton Rd.
    Moorestown, NJ  08057

                                                 *s/Peter R. Jennetten*
                                                 Peter R. Jennetten (Illinois Bar No. 6237377)
                                                 QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
                                                 227 N.E. Jefferson Ave.
                                                 Peoria, IL  61602-1211
                                                 Telephone:  (309) 674-1133
                                                 Facsimile:  (309) 674-6503
                                                 E-mail: pjennetten@qjhpc.com