IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-cv-6654 |
| | ) |
| v. | ) |
| | ) Judge Robert M. Dow, Jr. |
| DOE, subscriber assigned | ) |
| IP Address 67.184.226.73 | ) |
| (Formerly Doe No. 56) | ) |
| | ) |
| Defendant. | ) |

## INITIAL STATUS REPORT

Pursuant to the Court's Minute Order of November 7, 2013, Plaintiff's counsel and counsel for Doe Defendant submit this Initial Status Report.

1. Nature of the Case

    a. Attorneys of Record. Plaintiff's attorneys of record are Michael A. Hierl and Todd S. Parkhurst (co-counsel).

    Peter R. Jennetten has filed an appearance for Doe Defendant.

    b. Basis of Federal Jurisdiction. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 17 U.S.C.§101 et seq. and 28 U.S.C. §§1331 and 1338(a).

    c. Plaintiff's Claims. Plaintiff alleges that Defendant infringed its exclusive rights in the copyrighted motion picture at issue by computer-based peer-to-peer file transfer. In particular, Plaintiff alleges that Defendant used a BitTorrent file transfer protocol to reproduce and distribute the copyrighted motion picture to and among third parties. No answer has been filed and no counterclaims are pending.

-2-

d. <u>Major Legal and Factual Issues</u>. From Plaintiff's perspective, whether or not Defendant has infringed the federally registered copyright in the copyrighted motion picture at issue and the appropriate damages for that infringement.

From Defendant's perspective, the major factual and legal issues include whether, having been identified by IP address alone they are the actual responsible party, whether Defendant actually infringed Plaintiff's copyrighted work, and the appropriate damages for any such infringement.

e. <u>Relief Sought by Plaintiff</u>. Judgment against Defendant for willful violation of Plaintiff's federally registered copyright, actual or statutory damages, an order of impoundment concerning all infringing copies of Plaintiff's copyrighted work in Defendant's possession or control, attorney fees, litigation expenses and costs, and such further declaratory and injunctive relief as may be just and proper.

2. <u>Motions and Case Plan</u>

    a. <u>Motions</u>.

Granted -- Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was granted on October 1, 2013. A subpoena has been served on the Internet Service Provider (ISP), and a response has not yet been received.

A Motion to Quash [Dkt. No. 15] was filed by Defendant on November 20, 2013.

No other motions are pending.

A status hearing is set for December 4, 2013 at 9:00 a.m.

c. <u>Trial</u>. Plaintiff has requested a jury trial, which would probably last 2-4 days.

3. <u>Consent to Proceed Before a Magistrate Judge</u>

Plaintiff and Doe Defendant consent to proceeding before a Magistrate Judge.

4. <u>Status of Settlement Discussions</u>

The parties may request a settlement conference, as needed.

Respectfully submitted,

Dated: December 2, 2013     TCYK, LLC

By: <u>s/ Michael A. Hierl</u>
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
TCYK, LLC


<u>s/ Peter R. Jennetten</u>
Peter R. Jennetten
(Bar No. 6237377)
Quinn, Johnston, Henderson, Pretorius
 & Cerulo
227 N.E. Jefferson Avenue
Peoria, Illinois 61602-1211
(309) 674-1133 Telephone
(309) 674-6503 Facsimile
pjennetten@qjhpc.com

Attorney for Doe Defendant

## CERTIFICATE OF FILING

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Initial Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 2, 2013.

s/Michael A. Hierl