IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYCK, LLC, | ) |
| | ) Case No.: 13-cv-6654 |
| Plaintiff, | ) |
| | ) Judge Robert M. Dow, Jr. |
| v. | ) |
| | ) |
| DOE, subscriber assigned | ) |
| IP Address 67.184.226.73 | ) |
| (Formerly Doe No. 56) | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT

Plaintiff, TCYK, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 67.184.226.73.

The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: December 30, 2013    TCYK, LLC

By:   s/Michael A. Hierl
     Michael A. Hierl (Bar No. 3128021)
     Todd S. Parkhurst (Bar No. 2145456)
     Hughes Socol Piers Resnick & Dym, Ltd.
     Three First National Plaza
     70 W. Madison Street, Suite 4000
     Chicago, Illinois 60602
     (312) 580-0100 Telephone
     (312) 580-1994 Facsimile
     mhierl@hsplegal.com
     Attorneys for Plaintiff
     TCYK, LLC

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Doe Defendant was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 30, 2013.

                                                                 s/Michael A. Hierl